Case 1:19-cv-00972-AJN   Document 45   Filed 07/16/20   Page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Hesse, *et al.*,

        Plaintiffs,

–v–

Godiva Chocolatier, Inc., *et al.*,

        Defendants.

19-cv-972 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the parties' agreement that an initial pretrial conference is not necessary, Dkt. No. 44, the conference presently scheduled for July 17, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: July 16, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge