

NEW YORK     CALIFORNIA     DELAWARE     GEORGIA     PENNSYLVANIA

October 5, 2021

**Via ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/21
```

Hon. Alison J. Nathan
U.S. District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

> Plaintiffs' are hereby ORDERED to submit their motion for preliminary approval on or before October 13, 2021. All other pending deadlines and hearings are ADJOURNED sine die. The Court will inform the parties it if requires oral argument or a hearing on the preliminary approval motion. SO ORDERED.
>
> *Alison J. Nathan* 10/7/21

Re: *Hesse, et al. v. Godiva Chocolatier, Inc.*, No. 19-cv-0972-AJN

Dear Judge Nathan:

    Plaintiffs Steven Hesse and Adam Buxbaum ("Plaintiffs") and Defendant Godiva Chocolatier, Inc. ("Godiva") (collectively, "the Parties") have a reached a settlement that, if approved by the Court, will fully resolve this action.

    Within seven (7) days of this letter motion, Plaintiffs will file an unopposed motion for preliminary approval of class action settlement.

    Pursuant to the Court's Individual Practices, the Parties respectfully request oral argument regarding Plaintiffs' motion for preliminary approval. However, if the Court is inclined to grant the motion, no argument would be necessary.

    A Case Management Conference is currently scheduled to take place on October 15, 2021 at 3:00 p.m. After conferring, the Parties respectfully suggest that a hearing on Plaintiffs' motion for preliminary approval be set on that date and time and that it be held remotely. Alternatively, if that does not afford the Court sufficient time to review the papers in support of preliminary approval, the Parties respectfully suggest that the Court schedule a remote hearing on a date and time that is convenient to the Court, and continue the October 15, 2021 Case Management Conference to the same date.

    Given that the Parties have reached a settlement that will, if approved, resolve this matter, the Parties, after conferring, respectfully request that the Court accept this joint letter-motion in



NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

satisfaction of the Court's Order (Dkt. No. 62), requiring submission of a joint letter in advance of the scheduled Case Management Conference.

Respectfully submitted,

Dennis C. Hopkins

*Counsel for Defendant*

Timothy J. Peter

*Counsel for Plaintiffs*

cc:    All counsel of record (via ECF)