USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Hesse, et al.,

          Plaintiffs,

–v–

Godiva Chocolatier, Inc., et al.,

          Defendants.

19-cv-972 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of a motion to extend the objection deadline by a purported class member. Dkt. No. 74. The parties are hereby ORDERED to file a response to the motion on or before February 18, 2022.

    SO ORDERED.

Dated: January 27, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge