```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Hesse, et al.,

            Plaintiffs,

    –v–

Godiva Chocolatier, Inc., et al.,

            Defendants.

19-cv-972 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of a motion to extend the objection deadline by a purported class member. Dkt. No. 74. Plaintiffs filed a response in opposition, and the purported class member filed a reply in support. Dkt. Nos. 77, 78.

    Assuming without deciding that Mr. Huang may properly file the motion, the Court DENIES the request to extend the objection deadline and adjourn the final approval hearing for the reasons stated in Plaintiffs' response. *See* Dkt. No. 77 at 3-4.

    This resolves Dkt. No. 74.

    SO ORDERED.

Dated: January 31, 2022
       New York, New York

                                            _____
                                              ALISON J. NATHAN
                                              United States District Judge