UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE HESSE and ADAM BUXBAUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>Defendant. | No. 1:19-cv-0972-AJN |

**MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2022 at 10:00 a.m., at the Thurgood Marshall Courthouse, Courtroom 906, 40 Foley Square, New York, NY 10007, Plaintiffs, through their undersigned attorneys, will move this Court, before the Honorable Alison J. Nathan, United States District Judge, Southern District of New York, for entry of a Final Approval Order approving the terms of the proposed Settlement Agreement and for entry of a Final Judgment.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Declarations of Jeanne C. Finegan, Timothy J. Peter, Aubry Wand, Steve Hesse, Adam Buxbaum, and F. Paul Bland, Jr., the Settlement Agreement and exhibits thereto, the complete files and records in this action, and any further evidence as the Court may receive.

DATED:  February 21, 2022

**FARUQI & FARUQI, LLP**

By: */s/ Timothy J. Peter*
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
Fax: (215) 277-5771
E-mail: tpeter@faruqilaw.com

Innessa M. Huot
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
E-mail: ihuot@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (admitted *pro hac vice*)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Tel: 310-590-4503
Fax: 310-590-4596

E-mail: awand@wandlawfirm.com

*Attorneys for Plaintiffs*