# EXHIBIT C



# 2018 Real Rate Report®

*thru September 2018*

## The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



Wolters Kluwer

When you have to be right



ELM Solutions

### Report Editor

**Jeffrey Solomon**
Senior Director, Product Management Legal Analytics, Wolters Kluwer's ELM Solutions

### Lead Data Analysts

**Beth Seefelt**
Data Architect
Wolters Kluwer's ELM Solutions

**Gary Clark**
Data Engineer
Wolters Kluwer's ELM Solutions

### ELM Solutions Creative

**David Andrews**
Web Graphic Designer
Wolters Kluwer's ELM Solutions

### Contributing Analysts and Authors

**Joel Surdykowski**
LegalVIEW Product Manager
Wolters Kluwer's ELM Solutions

**Deniece Bushell**
Senior Product Marketing Manager
Wolters Kluwer's ELM Solutions

### Executive Sponsor

**Jonah Paransky**
EVP and General Manager
Wolters Kluwer's ELM Solutions

© 2004 - 2018 Wolters Kluwer's ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

    ELM Solutions, a Wolters Kluwer business
    20 Church Street
    Hartford, CT 06103 United States
    ATTN: Marketing
    +1-860-549-8795

**LEGAL CAVEAT**

Wolters Kluwer's ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer's ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer's ELM Solutions are not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer's ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents - 2018 Real Rate Report

A Letter to Our Readers • 4

How to Use This Report • 5

Section I: High-Level Data Cuts • 7
- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

Section II: Industry Analysis • 40
- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Technology and Telecommunications

Section III: Practice Area Analysis • 56
- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Intellectual Property: Other
- Real Estate

Section IV: In-Depth Analysis for Select US Cities • 110
- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

Section V: International Analysis • 130

Section VI: Matter Staffing Analysis • 156

Appendix: Data Methodology • 161

# A Letter to Our Readers

**Welcome to the Wolters Kluwer's ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.**

Our Real Rate Report has been a useful data analytics resource to the legal industry since its inception in 2010 and continues to evolve. The Real Rate Report is powered by Wolters Kluwer's ELM Solutions LegalVIEW® data warehouse, the world 's largest source of legal performance benchmark data, which has grown to include over $128 billion in anonymized legal data.

The legal services industry relies on internal analytics and the use of data resources, such as the LegalVIEW® data warehouse, to support legal management strategies.  The depth and details of the data in the Real Rate Report enable you to better benchmark, and make more informed investment and resourcing decisions for your organization.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity.

We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms. As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank you for making Wolters Kluwer's ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to serving you to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Jonah Paransky**
EVP and General Manager
Wolters Kluwer's ELM Solutions

# How to Use this Report

**The 2018 Real Rate Report:**
- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in the report are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information along with the ranges of those rates and their changes over time highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

**Some key factors that drive rates[1]:**
- **Geographic location** - lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.
- **Degree of difficulty** - the cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).
- **Experience and reputation** - a more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.
- **Overhead** - the costs associated with the firm's support network (paralegals, clerks, assistants), document preparation, consultants, research, and other expenses.

The data in the 2018 Real Rate Report provides corporate counsel with an understanding of the rates they can expect to pay for a given matter type, industry, or practice area and offers in-depth analyses on key drivers of rates to help make informed selection decisions. For law firms, it provides a relative benchmark to ensure that pricing for legal services remains competitive.

---

1 **David Goguen, J.D.,** University of San Francisco School of Law (2017) Guide to Legal Services Billing Retrieved from https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html

# Section I: High-Level Data Cuts

## Cities

| Q3 2018 -- Real Rates for Partners and Associates | | | | | | Trend Analysis (Mean) | | |
|---|---|---|---|---|---|---|---|---|
| City | Role | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
| Kansas City MO | Partner | 167 | $344 | $417 | $484 | $418 | $423 | $415 |
|  | Associate | 158 | $225 | $270 | $290 | $264 | $266 | $268 |
| Knoxville TN | Partner | 15 | $200 | $230 | $313 | $259 | $260 | $259 |
| Lafayette LA | Partner | 18 | $150 | $150 | $241 | $194 | $213 | $210 |
| Las Vegas NV | Partner | 52 | $345 | $433 | $555 | $438 | $398 | $365 |
|  | Associate | 42 | $241 | $272 | $310 | $271 | $256 | $250 |
| Lexington KY | Partner | 20 | $295 | $300 | $325 | $318 | $312 | $327 |
| Little Rock AR | Partner | 32 | $215 | $235 | $288 | $264 | $270 | $256 |
|  | Associate | 12 | $160 | $180 | $195 | $186 | $180 | $182 |
| Los Angeles CA | Partner | 999 | $450 | $695 | $955 | $718 | $691 | $656 |
|  | Associate | 1361 | $382 | $550 | $721 | $559 | $529 | $494 |
| Louisville KY | Partner | 49 | $273 | $330 | $410 | $337 | $352 | $362 |
|  | Associate | 32 | $208 | $225 | $225 | $213 | $205 | $197 |
| Madison WI | Partner | 17 | $357 | $378 | $420 | $399 | $378 | $414 |
|  | Associate | 14 | $280 | $316 | $485 | $362 | $346 | $345 |
| Manchester NH | Partner | 13 | $360 | $380 | $525 | $413 | $410 | $327 |
| Memphis TN | Partner | 42 | $275 | $374 | $410 | $345 | $345 | $329 |
|  | Associate | 22 | $185 | $206 | $235 | $209 | $217 | $207 |
| Miami FL | Partner | 258 | $304 | $450 | $595 | $467 | $444 | $431 |
|  | Associate | 193 | $225 | $300 | $399 | $331 | $304 | $291 |
| Milwaukee WI | Partner | 121 | $290 | $365 | $446 | $396 | $384 | $390 |
|  | Associate | 87 | $224 | $270 | $310 | $279 | $268 | $260 |
| Minneapolis MN | Partner | 232 | $300 | $429 | $578 | $456 | $443 | $423 |
|  | Associate | 202 | $250 | $310 | $410 | $361 | $318 | $306 |
| Nashville TN | Partner | 120 | $337 | $420 | $474 | $409 | $401 | $390 |
|  | Associate | 102 | $215 | $234 | $270 | $247 | $243 | $236 |
| New Haven CT | Partner | 24 | $324 | $385 | $443 | $390 | $395 | $412 |
|  | Associate | 24 | $239 | $285 | $322 | $281 | $273 | $270 |
| New Orleans LA | Partner | 113 | $225 | $305 | $350 | $308 | $286 | $293 |
|  | Associate | 83 | $185 | $225 | $238 | $221 | $209 | $195 |
| New York NY | Partner | 2564 | $600 | $925 | $1,201 | $910 | $871 | $846 |
|  | Associate | 3653 | $410 | $588 | $790 | $603 | $572 | $549 |
| Oklahoma City OK | Partner | 40 | $200 | $308 | $350 | $293 | $285 | $279 |
|  | Associate | 22 | $169 | $203 | $215 | $198 | $195 | $189 |
| Omaha NE | Partner | 29 | $280 | $365 | $395 | $342 | $325 | $310 |
|  | Associate | 13 | $193 | $216 | $230 | $213 | $212 | $201 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q3 2018 -- Real Rates for Partners** — **Trend Analysis (Mean)**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q3 2018 | Q3 2017 | Q3 2016 |
|---|---|---|---|---|---|---|---|---|
| New Haven CT | 21 or More Years | 11 | $360 | $378 | $390 | $384 | $388 | $413 |
| New Orleans LA | Fewer Then 21 Years | 24 | $225 | $305 | $320 | $294 | $258 | $244 |
|  | 21 or More Years | 55 | $215 | $305 | $390 | $322 | $301 | $301 |
| New York NY | Fewer Then 21 Years | 642 | $642 | $924 | $1,195 | $909 | $853 | $821 |
|  | 21 or More Years | 1337 | $625 | $955 | $1,269 | $938 | $888 | $860 |
| Oklahoma City OK | 21 or More Years | 26 | $220 | $316 | $358 | $304 | $300 | $298 |
| Omaha NE | Fewer Then 21 Years | 12 | $279 | $320 | $375 | $314 | $296 | $281 |
|  | 21 or More Years | 15 | $326 | $391 | $395 | $365 | $348 | $332 |
| Orlando FL | Fewer Then 21 Years | 38 | $341 | $393 | $542 | $425 | $420 | $360 |
|  | 21 or More Years | 47 | $414 | $450 | $511 | $471 | $445 | $436 |
| Philadelphia PA | Fewer Then 21 Years | 232 | $434 | $550 | $661 | $552 | $526 | $509 |
|  | 21 or More Years | 403 | $475 | $634 | $775 | $632 | $599 | $578 |
| Phoenix AZ | Fewer Then 21 Years | 31 | $269 | $335 | $418 | $347 | $344 | $351 |
|  | 21 or More Years | 65 | $325 | $400 | $489 | $410 | $416 | $403 |
| Pittsburgh PA | Fewer Then 21 Years | 49 | $300 | $380 | $538 | $416 | $421 | $400 |
|  | 21 or More Years | 94 | $375 | $490 | $585 | $486 | $463 | $448 |
| Portland ME | 21 or More Years | 31 | $205 | $402 | $448 | $345 | $353 | $345 |
| Portland OR | Fewer Then 21 Years | 42 | $350 | $405 | $500 | $426 | $390 | $359 |
|  | 21 or More Years | 67 | $374 | $438 | $531 | $452 | $446 | $421 |
| Providence RI | 21 or More Years | 12 | $185 | $400 | $582 | $421 | $381 | $399 |
| Raleigh NC | Fewer Then 21 Years | 26 | $275 | $320 | $400 | $345 | $364 | $346 |
|  | 21 or More Years | 30 | $384 | $428 | $483 | $429 | $413 | $378 |
| Richmond VA | Fewer Then 21 Years | 38 | $305 | $548 | $711 | $529 | $426 | $469 |
|  | 21 or More Years | 49 | $388 | $585 | $714 | $560 | $531 | $520 |
| Rochester NY | 21 or More Years | 16 | $250 | $295 | $360 | $311 | $316 | $332 |
| Sacramento CA | 21 or More Years | 19 | $365 | $394 | $478 | $488 | $461 | $441 |
| Salt Lake City UT | Fewer Then 21 Years | 26 | $280 | $305 | $431 | $385 | $338 | $279 |
|  | 21 or More Years | 36 | $310 | $385 | $438 | $390 | $389 | $375 |
| San Diego CA | Fewer Then 21 Years | 45 | $359 | $375 | $795 | $506 | $447 | $473 |
|  | 21 or More Years | 66 | $315 | $467 | $980 | $624 | $592 | $546 |
| San Francisco CA | Fewer Then 21 Years | 126 | $496 | $700 | $881 | $719 | $644 | $595 |
|  | 21 or More Years | 213 | $510 | $700 | $902 | $711 | $662 | $656 |
| San Jose CA | Fewer Then 21 Years | 35 | $608 | $787 | $908 | $771 | $734 | $720 |
|  | 21 or More Years | 68 | $600 | $802 | $985 | $813 | $857 | $799 |
| Seattle WA | Fewer Then 21 Years | 70 | $400 | $461 | $550 | $478 | $423 | $392 |
|  | 21 or More Years | 167 | $475 | $568 | $680 | $574 | $520 | $474 |