

NEW YORK     CALIFORNIA     DELAWARE     GEORGIA     PENNSYLVANIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/22

March 24, 2022

> The final approval hearing will take place as scheduled on March 28, 2022, at 10:00 a.m. However, it will now take place in **Courtroom 12A of the Daniel Patrick Moynihan United States Courthouse**, 500 Pearl Street, New York, NY. It will no longer be held in Courtroom 906 of the Thurgood Marshall Courthouse as previously scheduled. SO ORDERED.
>
> *Alison J. Nathan*
> 3/25/22

**Via ECF (Joint Letter)**

Hon. Alison J. Nathan
U.S. District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

Re: *Hesse, et al. v. Godiva Chocolatier, Inc.*, No. 19-cv-00972 (AJN)

Your Honor:

    In light of the Senate vote last night to elevate Your Honor to the United States Court of Appeals for the Second Circuit, the Parties jointly write under the Court's Rule 1.A to inquire whether the Final Approval hearing, set for Monday March 28, 2022 at 10:00 a.m. ET in the above-captioned matter, will remain on calendar to be heard by this Court. The parties are prepared to go forward and some counsel will be traveling over the weekend, hence this inquiry. This is **not** a Request for Adjournment or Extension under the Court's Rule 1.E.

Respectfully submitted,


*/s/ Timothy J. Peter*
Timothy J. Peter
Counsel for Plaintiffs


*/s/ David Biderman*
David Biderman
Counsel for Defendant


cc:    All counsel of record (via ECF)

**ATTESTATION**

 I, Timothy J. Peter, am the ECF User whose ID and password are being used to file this Joint Letter. In accordance with S.D.N.Y. Electronic Case Filing Rule 8.5, concurrence in the filing of this document has been obtained from David Biderman, counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for this Court if so ordered or for inspection upon request by a party.

Dated: March 24, 2022

By: <u>/s/ Timothy J. Peter</u><br>Timothy J. Peter