```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STEVE HESSE and ADAM BUXBAUM, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>GODIVA CHOCOLATIER, INC.,<br><br>                Defendant. | No. 19 CV 0972 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Huang's request to attend the fairness hearing by telephone. (Dkt. No. 114.) Although the Court made clear in its October 26, 2021 order granting preliminary approval of the class action settlement that the fairness hearing would be held "in Courtroom 906 at the Thurgood Marshall Courthouse, located at 40 Foley Square, New York, NY 10007" (dkt. no. 72 at 15), and although the Court today relocated the hearing across the street to Courtroom 12A at 500 Pearl Street, New York, NY (dkt. no. 113), given the circumstances the Court will permit Mr. Huang to attend the fairness hearing by telephone. The Court's deputy will contact Mr. Huang at the telephone number provided shortly before the hearing begins.

The Court notes that the hearing is open to the public but public access by telephone will not be available.

**SO ORDERED.**

Dated:     March 25, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge