UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE HESSE, et al.,

        Plaintiffs,

v.

GODIVA CHOCOLATIER, INC.,

        Defendant.

Case No. 1:19-cv-00972-AJN

[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF CARRIE AKINAKA

The motion of Carrie Akinaka for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Carrie Akinaka |
| Firm Name: | Perkins Coie LLP |
| Address: | 1888 Century Park East, Suite 1700 |
| City / State / Zip: | Los Angeles, CA 90067 |
| Telephone / Fax: | (310) 788-9900 |
| Email: | CAkinaka@perkinscoie.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Godiva Chocolatier, Inc. in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 28, 2022

*Loretta A. Preska*

Senior United States District Judge

156303076.1