

NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

April 11, 2022

**Via ECF**

Hon. Loretta A. Preska
U.S. District Court, S.D.N.Y.
500 Pearl Street, Courtroom 12A
New York, NY 10007

   Re: *Hesse, et al. v. Godiva Chocolatier, Inc.*, No. 1:19-cv-0972-LAP

Dear Judge Preska:

   We write to inform the Court that we are concurrently filing a revised final approval order that Plaintiffs believe accurately reflects the Court's rulings from the March 28, 2022 final approval hearing.

   We are also concurrently emailing to the Court both a redlined and clean version of the revised final approval order in Microsoft Word.


Respectfully submitted,


/s/ *Benjamin Heikali*
Benjamin Heikali

*Counsel for Plaintiffs*

cc:  All counsel of record (via ECF)