UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE HESSE and ADAM BUXBAUM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GODIVA CHOCOLATIER, INC., and DOES 1 through 50,<br><br>        Defendants. | No. 1:19-cv-00972-LAP |

**DECLARATION OF AUBRY WAND**

I, Aubry Wand, declare as follows:

1. I am an attorney at law, licensed to practice in the state of California. I am admitted *pro hac vice* in the above-captioned action.

2. My firm and Faruqi & Faruqi LLP serve as co-counsel of record for Plaintiffs.

3. I submit this declaration in support of a letter that Plaintiffs are filing in response to letters submitted by Objectors Eli Lehrer and Shiyang Huang regarding the proposed *cy pres* recipients.

4. Attached hereto as **Exhibit A** is a true and correct copy of an email that I, and other counsel, received from Shiyang Huang on April 12, 2022.

5. Attached hereto as **Exhibit B** is a true and correct copy of an email thread between counsel for the Parties and the Objectors Eli Lehrer and Shiyang Huang, from April 11, 2022.

6. I make this declaration on the basis of personal knowledge. If called as a witness, I could and would readily and competently testify to all matters stated within.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2022.

Aubry Wand

1

# EXHIBIT A

## re No. 19-cv-972, Hesse v. Godiva Chocolatiers, Inc.

**john doe** <defectivesettlement@gmail.com>
Tue 4/12/2022 6:26 AM

To: john doe <defectivesettlement@gmail.com>
Cc: Timothy J. Peter <tpeter@faruqilaw.com>;Biderman, David (Perkins Coie) <DBiderman@perkinscoie.com>;Benjamin Heikali <bheikali@faruqilaw.com>;Anna St. John <anna.stjohn@hlli.org>;Aubry Wand <awand@wandlawfirm.com>;Akinaka, Carrie (SEA) <CAkinaka@perkinscoie.com>

Counsel,

Let me know if Settling Parties and Objector Lehrer are open to stipulating some acceptable cy pres recipients. I'm not into wasting my time reviewing 10 more unqualified recipients.

I've seen others proposing leftovers sent to State AGs. And, no, they don't have to be exact ones supporting my position in this case.

Open to all other non-embarrassing ideas.

Thanks,
Shiyang Huang

# EXHIBIT B

## Re: FW: Activity in Case 1:19-cv-00972-LAP Hesse v. Godiva Chocolatier, Inc. et al Letter

john doe <defectivesettlement@gmail.com>
Mon 4/11/2022 8:00 PM

To: Benjamin Heikali <bheikali@faruqilaw.com>

Cc: Anna St. John <anna.stjohn@hlli.org>;Timothy J. Peter <tpeter@faruqilaw.com>;Aubry Wand <awand@wandlawfirm.com>;Biderman, David (SFO) <DBiderman@perkinscoie.com>;Akinaka, Carrie (SEA) <CAkinaka@perkinscoie.com>;Hopkins, Dennis C. (NYC) <DHopkins@perkinscoie.com>

[Microsoft Word - 2019 08 29_Declaration in Supp. of Attorneys' Fees_FINAL (1) (cvsdhasettlement.com)](#)

what makes CSPI any different from a class counsel here? Let's see

On Mon, Apr 11, 2022 at 9:42 PM john doe <defectivesettlement@gmail.com> wrote:
> I agree with Ben that CSPI doesn't seem to be married to class counsel in that case.
> Escheat to the Treasury (or similar State AGs) would be equally counterintuitive - while class members pay class counsel a fee for making escheats to the Treasury?
>
> But all of that cannot make *cy pres* to CSPI any less ridiculous: it's almost like helping fund another class counsel like *Hyland v. Navient* case?
> I suspect that the only argument for donating to CSPI is it's one of few class counsel having a cool astroturfing name (well, how about Center for Class Action Fairness? sounds as good as CSPI, doesn't it)
>
>
> On Mon, Apr 11, 2022 at 6:38 PM Benjamin Heikali <bheikali@faruqilaw.com> wrote:
>> Anna, that is simply a docket sheet that reflects all counsel. As you'll see in the attached, we actually went against CSPI in a co-lead counsel leadership battle. We did not serve as co-counsel with CSPI, they did not litigate the case with us, and we have no conflict or relation with them.
>>
>>
>> -Ben
>>
>>
>> **From:** Anna St. John <anna.stjohn@hlli.org>
>> **Sent:** Monday, April 11, 2022 4:16 PM
>> **To:** Benjamin Heikali <bheikali@faruqilaw.com>
>> **Cc:** Timothy J. Peter <tpeter@faruqilaw.com>; Aubry Wand <awand@wandlawfirm.com>; john doe <defectivesettlement@gmail.com>; Biderman, David (SFO) <DBiderman@perkinscoie.com>; Akinaka, Carrie (SEA) <CAkinaka@perkinscoie.com>; Hopkins, Dennis C. (NYC) <DHopkins@perkinscoie.com>
>> **Subject:** Re: FW: Activity in Case 1:19-cv-00972-LAP Hesse v. Godiva Chocolatier, Inc. et al Letter

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

Ben:

The attached docket report shows that plaintiff Michael Bates was represented by both Faruqi & Faruqi and CSPI in the case. If you have information to the contrary, please let me know.

Thanks,

Anna

Anna St. John

Hamilton Lincoln Law Institute

1629 K St. NW Suite 300

Washington, DC 20006

anna.stjohn@hlli.org

(917) 327-2392

On Mon, Apr 11, 2022 at 5:33 PM Benjamin Heikali <bheikali@faruqilaw.com> wrote:

> Anna:
>
> In your below letter addressed to the Court today, you state that "CSPI and Faruqi served as co-counsel in *Astiana v. Kashi Co.,* No. 3:11-cv-01967 (S.D. Cal.)." Can you please point us to the part of the docket or record, or other factual basis, which supports that statement?
>
> Thanks,
>
> -Ben

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Monday, April 11, 2022 1:16 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-00972-LAP Hesse v. Godiva Chocolatier, Inc. et al Letter

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by St. John, Anna on 4/11/2022 at 4:16 PM EDT and filed on 4/11/2022

| | |
|---|---|
| **Case Name:** | Hesse v. Godiva Chocolatier, Inc. et al |
| **Case Number:** | 1:19-cv-00972-LAP |
| **Filer:** | Eli Lehrer |

**Document Number:** 124

**Docket Text:**
**LETTER addressed to Judge Loretta A. Preska from Objector Eli Lehrer dated 4/11/2022 re: Proposed Cy Pre Recipients. Document filed by Eli Lehrer..(St. John, Anna)**

**1:19-cv-00972-LAP Notice has been electronically mailed to:**

Anna St. John     anna.stjohn@hlli.org, ned.hedley@hlli.org, ted.frank@hlli.org

Aubry Wand     awand@wandlawfirm.com

Benjamin Heikali     bheikali@faruqilaw.com, ecf@faruqilaw.com

Carrie Akinaka     cakinaka@perkinscoie.com

David Biderman     dbiderman@perkinscoie.com, JWetherell@perkinscoie.com, mfleurantin@perkinscoie.com

Dennis Cecil Hopkins     dhopkins@perkinscoie.com, dennis-hopkins-9561@ecf.pacerpro.com, DocketNYC@perkinscoie.com, maplogan@perkinscoie.com, michellerose@perkinscoie.com, new-york-docketing-1150@ecf.pacerpro.com, nvargas@perkinscoie.com

Innessa Melamed Huot     ihuot@faruqilaw.com, ahouseholder@faruqilaw.com, ecf@faruqilaw.com, mgonzales@faruqilaw.com

Thomas J. Tobin     ttobin@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com

Timothy J Peter     tpeter@faruqilaw.com, bheikali@faruqilaw.com, ecf@faruqilaw.com, mperetz@faruqilaw.com

**1:19-cv-00972-LAP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/11/2022] [FileNumber=27534868-0] [914a35c63a850245f9a439b0d6c5ca1518c7c874a5971e2458352d83fd005a2897 87f8b1bcf56f025a073e3aa9b2de12166e9c523dcbce4fa451c93d3a6e124c]]