# EXHIBIT A

### Re: Hesse v. Godiva Chocolatier Inc., No. 19-cv-972 (S.D.N.Y.)

john doe <defectivesettlement@gmail.com>
Sat 4/2/2022 12:46 PM

To: Aubry Wand <awand@wandlawfirm.com>;Timothy J. Peter <tpeter@faruqilaw.com>;Benjamin Heikali <bheikali@faruqilaw.com>;Innessa M. Huot <ihuot@faruqilaw.com>

Cc: anna.stjohn@hlli.org <anna.stjohn@hlli.org>;Akinaka, Carrie (SEA) <CAkinaka@perkinscoie.com>;Biderman, David (SFO) <DBiderman@perkinscoie.com>;Hopkins, Dennis C. (NYC) <DHopkins@perkinscoie.com>

Plaintiffs:
Please state your position to below expeditiously.

Otherwise you're welcomed to spend your time litigating this with your halfed attorney's fee.


> On Tuesday, March 29, 2022, john doe <defectivesettlement@gmail.com> wrote:
>> Also,
>>
>> Plaintiffs, please state whether you consent to an objector award paid by Plaintiffs.
>> This is a reminder that Objectors are not free to deal with, particularly when objectors identified key problems with the settlement terms including attorney's fee and service awards, which were both reduced by the district court in light of objections.
>>
>> My requested consent is not asking for any settlement - if you want any sort of settlement, it must be reviewed by a court under Rule 23(e)(5), and on my personal standards, it must add something more to the Class relief. But thanks to the structure Plaintiffs agreed to set up, unless Plaintiffs consent to put more money into Class recovery, forget it.
>>
>> Thanks,
>> Shiyang Huang
>>
>>
>> On Tue, Mar 29, 2022 at 10:08 PM john doe <defectivesettlement@gmail.com> wrote:
>>> Plaintiffs' Counsel:
>>>
>>> I invite you to state whether Plaintiffs intend to appeal. As my closing statement indicated, if Plaintiffs appeal from the reduced fee award, the appeal would be pointless because it will fail under *Masters*. Should Plaintiffs intend to appeal, I will be open to seek summary affirmance on appeal and/or appeal bonds in the district court. FYI.
>>>
>>> That is, of course, unless more classwide relief is viable, and I will keep that door open in case the Class (not me) has opportunities to get more relief.
>>>
>>> Thanks,
>>> Shiyang Huang