# EXHIBIT C

## Re: Hesse v. Godiva Letter re: Objectors letter to Court re BBB National Programs National Advertising Division

john doe <defectivesettlement@gmail.com>
Wed 4/20/2022 2:40 PM

To: Laura Brett <LBrett@bbbnp.org>
Cc: Benjamin Heikali <bheikali@faruqilaw.com>;Biderman, David (Perkins Coie) <DBiderman@perkinscoie.com>;anna.stjohn@hlli.org <anna.stjohn@hlli.org>;Aubry Wand <awand@wandlawfirm.com>

Please find attached final order today, which did not include any *cy pres* award to your firm/division.

On Wed, Apr 20, 2022 at 8:26 AM Laura Brett <LBrett@bbbnp.org> wrote:

> Good morning,
>
> The attached letter was filed with the Court to correct the record as to BBB National Programs National Advertising Division.
>
> Best regards,
>
> **Laura Brett**
>
> *Vice President*
> National Advertising Division®
> BBB National Programs
> 212-705-0109
> lbrett@bbbnp.org
> bbbprograms.org
>
> 
>
> All information and attachments included in this email are confidential and intended for the original recipient(s) only. If you are not the intended recipient, you are hereby notified that you have received this message in error and any copying or distribution of this message is strictly prohibited—please notify the sender by e-mail and delete this message. Depending upon the circumstances, this message may be protected by a confidentiality agreement, attorney-client privilege, attorney-work product, or other privilege.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.