# EXHIBIT D

## Re: Hesse v. Godiva Chocolatier, No. 1:19-cv-0972-AJN

**john doe <defectivesettlement@gmail.com>**
Mon 3/21/2022 7:21 PM

To: Benjamin Heikali <bheikali@faruqilaw.com>;ihuot@faruqilaw.com <ihuot@faruqilaw.com>;Biderman, David (Perkins Coie) <DBiderman@perkinscoie.com>

Cc: Timothy J. Peter <tpeter@faruqilaw.com>;Aubry Wand <awand@wandlawfirm.com>

Also, please do so by 11:59pm in the Court's local time. Otherwise I will submit a filing to highlight that noncompliance. Thanks

On Mon, Mar 21, 2022 at 8:46 PM john doe <defectivesettlement@gmail.com> wrote:
> Counsel:
>
> As below, please promptly serve a copy of all electronic database-only decisions that Plaintiffs and Defendants cited in all briefs and declarations cited tonight. Thanks.
>
> On Mon, Feb 21, 2022 at 5:30 PM Benjamin Heikali <bheikali@faruqilaw.com> wrote:
>> Mr. Huang,
>>
>>
>> Pursuant to Local Rule 7.2, please find copies of the cases and other authorities cited in the memorandums in support of Plaintiffs' Final Approval and Fee Motions (filed today), that are unpublished or reported exclusively on computerized databases.
>>
>>
>> -Ben
>>
>> 
>>
>> Ben Heikali ■ Partner ■ Faruqi & Faruqi, LLP ■ 10866 Wilshire Boulevard, Suite 1470 ■ Los Angeles, CA 90024 ■ (D) 424 365 3220 ■ (T) 424 256 2884 ■ (F) 424 256 2885 ■ www.faruqilaw.com
>>
>>
>> This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP.  This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.