```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STEVE HESSE and ADAM BUXBAUM, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>            Defendant. | No. 1:19-cv-0972-LAP<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the enclosed undocketed letter from Objector Shiyang Huang seeking guidance with respect to his failure to seek a pre-motion conference in advance of his motion for an objector award. (See Dkt. No. 136.)

    Mr. Huang may continue briefing and file a reply if he wishes.

**SO ORDERED.**

Dated:    May 2, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

**VIA E-Mail**

May 2, 2022

Hon. Loretta A. Preska,
U.S. District Court, S.D.N.Y.
500 Pearl St., Courtroom 12A
New York, NY 10007

    Re: Hesse, et al. v. Godiva Chocolatier, Inc., No. 19-cv-00972 (LAP)

Dear Honorable Judge Preska:

    I write to address my inadvertent failure to comply with this Court's requirement that "[f]or motions other than discovery motions, a pre-motion conference with the court is required before making any motion…"[1] I read Judge Nathan's chamber rules but failed to re-do after the case was reassigned to this Court. A voicemail was left to the Chambers this morning for the same topic.

    Although I am not an attorney, I take all applicable rules as my obligations, even if they are rules that only barred attorneys are expected to follow. Though I repeatedly attempted to confer with opposing counsel via E-mail as a standard courtesy, that was *not* this Court's specific requirement, and I sincerely apologize for such lack of oversight that fell short of Rules, and one that fell short of my personal standards. Again, I apologize for such an avoidable mistake.

    Even though Plaintiffs violated similar Rules in earlier proceedings (e.g., 50-page reply briefs; *cf.* Chamber Rules 2.C), I have *zero tolerance for my failure to comply with any rules*, regardless of whether a rule is procedural or substantive. I am willing to withdraw my pending motion at Dkt. 136 to restart the motion anew, in strictest compliance of the Court's requirement (*supra* at n.1). But because opposing counsel has filed an opposition brief, I wish the Court may provide guidance on whether the Court prefers I restart the motion anew or continue the briefings.

---

[1] Individual Practices Of Judge Loretta A. Preska, https://nysd.uscourts.gov/sites/default/files/practice_documents/LAP%20Judge%20Preska%20Individual%20Rules%2001282020.pdf, at 2.A.

1

Respectfully Submitted,

s/ Shiyang Huang
Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com