UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

STEVE HESSE and ADAM BUXBAUM

                Plaintiff,

-against-

GODIVA CHOCOLATIER, INC.,

                Defendant.
-----------------------------------------------------

Case No. 1:19-cv-00972

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Benjamin Heikali**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Faruqi & Faruqi, LLP
FIRM ADDRESS: 10855 Wilshire Blvd, Suite 1470, LA, CA 90024
FIRM TELEPHONE NUMBER: 424-256-2884
FIRM FAX NUMBER: 424-256-2885

NEW FIRM:
FIRM NAME: Faruqi & Faruqi, LLP
FIRM ADDRESS: 1901 Avenue of the Stars, Suite 1060, LA, CA 90067
FIRM TELEPHONE NUMBER: 424-256-2884
FIRM FAX NUMBER: 424-256-2885

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/24/2022

/s/ Benjamin Heikali
_____
ATTORNEY'S SIGNATURE