**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVE HESSE and ADAM BUXBAUM, on behalf of themselves and all others similarly situated, | No. 1:19-cv-0972-LAP |
| Plaintiffs, | ~~[PROPOSED]~~ **FINAL JUDGMENT** |
| v. | |
| GODIVA CHOCOLATIER, INC., | |
| Defendant. | |

The Court has entered Final Approval of the Parties' Settlement. Accordingly, the claims of Plaintiffs and the Settlement Class against Defendant Godiva Chocolatier, Inc. are DISMISSED WITH PREJUDICE, and this Final Judgment shall issue consistent with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATED: _____7/1/2022_____

_Loretta A. Preska_

Honorable Loretta A. Preska
United States District Judge