Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

**VIA E-Mail**

October 7, 2022

Hon. Loretta A. Preska,
U.S. District Court, S.D.N.Y.
500 Pearl St., Courtroom 12A
New York, NY 10007

  Re: Hesse, et al. v. Godiva Chocolatier, Inc., No. 19-cv-00972 (LAP)

Dear Honorable Judge Preska:

  Huang writes to withdraw his pending motion for objector award (Dkt. 136), because although Class counsel got paid 10 days after this court's fee award order pursuant to the Settlement Agreement, Settlement class counsel might need to return all monies. *See* Dkt. 145; Settlement Agreement ¶127 ("If the Parties are unable to resolve their differences within twenty (20) calendar days, either Party shall first contact Jill Sperber to try to resolve the dispute. If that proves unsuccessful, the Party may file an appropriate motion for enforcement with the Court.") *Id.* at ¶140 ("This Agreement may not be changed, modified, or amended except in writing signed by all Parties (or their successors-in-interest) and approved by the Court.")

  Huang reserves the right to renew my motion at a later time after the issues pending in Dkt. 145 is clearly resolved. But for now, Huang will withdraw his motion for objector award.

Respectfully Submitted,

s/ Shiyang Huang
Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com