**F&F**
**FARUQI & FARUQI**

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

November 16, 2022

**Via ECF**

Hon. Loretta A. Preska
U.S. District Court, S.D.N.Y.
500 Pearl Street, Courtroom 12A
New York, NY 10007

Re:   *Hesse, et al. v. Godiva Chocolatier, Inc.*, No. 1:19-cv-0972-LAP

Dear Judge Preska:

I write on behalf of plaintiffs Steve Hesse and Adam Buxbaum ("Plaintiffs") to respectfully request an adjournment of the Status Conference currently scheduled for December 12, 2022 at 10:00am in Courtroom 12A. I have been informed that Defendant Godiva Chocolatier, Inc. ("Godiva") disagrees with Plaintiffs' statements made in requesting this Status Conference and will address its objections in accordance with the Court's order. However, Godiva has no objection to moving the time for the Status Conference. This is Plaintiffs' first request to adjourn this Status Conference. Plaintiffs' request will not affect any future deadlines.

The reason for the request is that I will be out of the country for a long planned nonrefundable trip to celebrate my spouse's 40th birthday on December 12, 2022. The parties have conferred and are available on December 20, 21, 22, or 23 to attend the Status Conference, or at other dates and times convenient to the Court following December 23.

We thank the Court for its time and attention to this matter.

The conference is adjourned to December 20 at 10:00 am via telephone. Dial in: (877) 402-9753; Access Code: 6545179

So Ordered.

11/21/2022 /s/ Loretta A. Preska

Respectfully submitted,

Timothy J. Peter
Faruqi & Faruqi, LLP

*Attorneys for Plaintiffs*