Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

Mr. Huang is not required to
attend the December 20, 2022
conference.

SO ORDERED.

*Loretta A. Preska*

11/23/2022

**VIA ECF**

November 22, 2022

Hon. Loretta A. Preska,
U.S. District Court, S.D.N.Y.
500 Pearl St., Courtroom 12A
New York, NY 10007

     Re: Hesse, et al. v. Godiva Chocolatier, Inc., No. 19-cv-00972 (LAP)

Dear Honorable Judge Preska:

     Class member Huang will take no position to Plaintiffs' recent letters and clarifies that he does not plan to attend the next status conference, unless this Court orders/requires him to do so.

     This Court's recent order states "Counsel shall appear for a conference" now scheduled for December 20, 2022. Dkt. Nos. 149, 151, in light of Plaintiffs' recent press-covered letters to this Court at Dkt. Nos. 145, 148. *See* Alison Frankel, *Godiva accused of post-settlement meddling with claims in Belgium chocolate class action.* Reuters.com (Nov. 11, 2022). https://www.reuters.com/legal/litigation/godiva-accused-post-settlement-meddling-with-claims-belgium-chocolate-class-2022-11-11/. A broadest interpretation of "Counsel" for status conference *might* include objectors Huang and Lehrer as well, and Huang writes to clarify here.

     As "a fiduciary" and "a guardian of the rights of absent class members[,]" *City of Detroit v. Grinnell Corp.*, 560 F.2d 1093, 1099 (2d Cir. 1977), This Court's final order re-aligned class counsel's "fees [to] 25 percent of the total value of the Settlement (accounting for the benefit actually obtained)", Dkt. No. 135 at 28 ¶66, and Huang objected before "less than half-a-million claims (Dkt. 86 at 8) nearly doubled days before fairness hearing, with valid claims still 10% more than what objectors knew prior to objection deadline. Dkt. 105 at 3." Dkt. No. 136 at 6 n.4. Huang did not appeal from this Court's Rule 54(b) final judgment order.

     Thus Huang takes no position to the topics for Status Conference and does not intend to appear in the Status Conference unless this Court explicitly orders/requires him to do so.

Respectfully Submitted,

<u>s/ Shiyang Huang</u>
Shiyang Huang
2800 SW Engler Ct.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com