UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEVE HESSE and ADAM BUXBAUM, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>GODIVA CHOCOLATIER, INC.,<br><br>                Defendant. | No. 19-CV-972 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

      Following a conference with counsel on December 20, 2022, it is hereby ORDERED that:

1. Godiva shall pay only the amount represented by the claims found by Kroll to be valid claims, that is, claims found to be fraudulent by Kroll shall not be paid; and

2. Godiva shall not be required to pay interest on the settlement amount.

**SO ORDERED.**

Dated:    December 20, 2022
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge